**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAVIER PALMA,

                Plaintiff,                      20 **CIVIL** 8075 (SN)

       -v-                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 14, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including offering plaintiff a new hearing.

**Dated:** New York, New York
           January 18, 2022

                                                                 **RUBY J. KRAJICK**
                                                                   Clerk of Court
                                            BY:
                                                                     **Deputy Clerk**